| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Jean-Paul Ciardullo (CA Bar No. 284170) <br> FOLEY & LARDNER LLP <br> Email: jciardullo@foley.com <br> 555 South Flower Street, Suite 3500 <br> Los Angeles, CA. 900071-2411 <br> Telephone: 213-972-4500 <br> Facsimile: 213-486-0065 | |
| ATTORNEY(S) FOR:  KAYAK Software Corporation | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| EVOX PRODUCTIONS LLC, a Delaware limited liability company, <br>                          Plaintiff(s), <br> v. <br> KAYAK SOFTWARE CORPORATION, A Delaware corporation; and DOES 1-10 <br>                          Defendant(s) | CASE NUMBER: <br> 2:15-cv-05053-SS <br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |
|---|---|

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  KAYAK SOFTWARE CORPORATION  or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| EVOX PRODUCTIONS LLC | Plaintiff |
| KAYAK SOFTWARE CORPORATION | Defendant |
| PRICELINE.COM LLC | Parent company of Defendant |

September 15, 2015                        /s/ Jean-Paul Ciardullo
Date                                                    Signature

Attorney of record for (or name of party appearing in pro per):

KAYAK Software Corporation