Jean-Paul Ciardullo (CA Bar No. 284170)
email: jciardullo@foley.com
**FOLEY & LARDNER LLP**
555 South Flower Street, Suite 3500
Los Angeles, CA 90071-2411
Telephone: 213.972.4500
Facsimile: 213.486.0065

Jonathan E. Moskin (*pro hac* forthcoming)
email: jmoskin@foley.com
**FOLEY & LARDNER LLP**
90 Park Avenue
New York, NY 10016-1314
Phone: 212-682-7474
Facsimile: 212-687-2329

*Attorneys for Defendant*
KAYAK SOFTWARE CORPORATION

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| EVOX PRODUCTIONS LLC, a Delaware limited liability company,<br><br>*Plaintiff*,<br><br>v.<br><br>KAYAK SOFTWARE CORPORATION, a Delaware corporation; and DOES 1-10,<br><br>*Defendant*. | Case No: 2:15-cv-05053-SS<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant, KAYAK Software Corporation, certifies that it is a wholly-owned subsidiary of Priceline.com LLC, and that there are no other corporate parents or publicly held corporations owning more than 10% of its stock.

Dated: September 15, 2015

**FOLEY & LARDNER LLP**

By: */s/ Jean-Paul Ciardullo*
　　　Jean-Paul Ciardullo

*Attorneys for Defendant*
*KAYAK Software Corporation*