CALDWELL LESLIE & PROCTOR, PC
ROBYN C. CROWTHER, State Bar No. 193840
  *crowther@caldwell-leslie.com*
CRAIG H. BESSENGER, State Bar No. 245787
  *bessenger@caldwell-leslie.com*
CAMERON J. JOHNSON, State Bar No. 266729
  *johnson@caldwell-leslie.com*
725 South Figueroa Street, 31st Floor
Los Angeles, California 90017-5524
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Attorneys for EVOX Productions LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| EVOX PRODUCTIONS LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>KAYAK SOFTWARE CORPORATION, a Delaware corporation; and DOES 1-10,,<br><br>    Defendants.<br><br>KAYAK SOFTWARE CORPORATION, a Delaware corporation,<br><br>    Counterclaimant,<br><br>    v.<br><br>EVOX PRODUCTIONS LLC., a Delaware limited liability company,<br><br>    Counterdefendant. | Case No. CV15-05053-PSG (AGR)<br><br>**DECLARATION OF PROFESSOR JEFFREY SEDLIK IN SUPPORT OF PLAINTIFF AND COUNTER-DEFENDANT EVOX PRODUCTIONS LLC'S OPPOSITION TO DEFENDANT AND COUNTERCLAIMANT KAYAK SOFTWARE CORPORATION'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:  January 9, 2017<br>Time:  1:30 p.m.<br>Crtrm.:  6A<br><br>The Honorable Philip S. Gutierrez<br><br>Trial Date:   January 31, 2017 |

CALDWELL LESLIE & PROCTOR

4812-3988-7421

Case No. CV15-05053-PSG (AGR)

DECLARATION OF PROFESSOR JEFFREY SEDLIK IN SUPPORT OF EVOX PRODUCTIONS' OPPOSITION TO KAYAK SOFTWARE CORPORATION'S MOTION FOR SUMMARY JUDGMENT

I, Jeffrey Sedlik, declare as follows:

1. I have been engaged by Plaintiff EVOX Productions, LLC as an expert witness in this matter to rebut the testimony submitted on behalf of Defendant KAYAK Software Corporation by Gary Elsner, and to opine on other issues identified by Plaintiff. I submit this declaration in support of EVOX's Opposition to Kayak Software Corporation's Motion For Summary Judgment. I have personal knowledge of the facts stated herein and would and could testify competently thereto if called as a witness in this matter.

2. Attached hereto as Exhibit A is a true and correct copy of my expert report, entitled "Rebuttal by Professor Jeffrey Sedlik to 'Expert Report of Gary Elsner' Dated August 29, 2016." As set forth in more detail therein and in the accompanying CV, the content of my report is based in part on more than 25 years of service in the photography, advertising, product marketing, technology, and design industries. I have been an internationally recognized advertising photographer for more than 30 years. I have also served as Project Manager in projects involving development, operation, and maintenance of web sites, web applications, and other applications. I have also owned and operated a publishing company, producing and selling photography related products for more than 20 years. In addition to my personal knowledge, my opinions are based on an independent examination of certain documents and materials produced in this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed December 13, 2016, at Los Angeles, CA.

JEFFREY SEDLIK

CALDWELL LESLIE & PROCTOR

4812-3988-7421

-1-

Case No. CV15-05053-PSG (AGR)

DECLARATION OF PROFESSOR JEFFREY SEDLIK IN SUPPORT OF EVOX PRODUCTIONS' OPPOSITION TO KAYAK SOFTWARE CORPORATION'S MOTION FOR SUMMARY JUDGMENT