1  CALDWELL LESLIE & PROCTOR, PC
   ROBYN C. CROWTHER, State Bar No. 193840
2   *crowther@caldwell-leslie.com*
   CRAIG H. BESSENGER, State Bar No. 245787
3   *bessenger@caldwell-leslie.com*
   CAMERON J. JOHNSON, State Bar No. 266729
4   *johnson@caldwell-leslie.com*
   725 South Figueroa Street, 31st Floor
5  Los Angeles, California 90017-5524
   Telephone: (213) 629-9040
6  Facsimile: (213) 629-9022

7  Attorneys for EVOX Productions LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| EVOX PRODUCTIONS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>KAYAK SOFTWARE CORPORATION, a Delaware corporation; and DOES 1-10,,<br><br>Defendants.<br><br>KAYAK SOFTWARE CORPORATION, a Delaware corporation,<br><br>Counterclaimant,<br><br>v.<br><br>EVOX PRODUCTIONS LLC., a Delaware limited liability company,<br><br>Counterdefendant. | Case No. CV15-05053-PSG (AGR)<br><br>**DECLARATION OF BRAD ULRICH IN SUPPORT OF PLAINTIFF AND COUNTER-DEFENDANT EVOX PRODUCTIONS LLC'S OPPOSITION TO DEFENDANT AND COUNTERCLAIMANT KAYAK SOFTWARE CORPORATION'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: **January 9, 2017**<br>Time: **1:30 p.m.**<br>Crtrm.: **6A**<br><br>The Honorable Philip S. Gutierrez<br><br>Trial Date: January 31, 2017 |

CALDWELL LESLIE & PROCTOR

4814-7399-0206                                          Case No. CV15-05053-PSG (AGR)

DECLARATION OF BRAD ULRICH IN SUPPORT OF EVOX PRODUCTIONS' OPPOSITION TO KAYAK SOFTWARE CORPORATION'S MOTION FOR SUMMARY JUDGMENT

I, Brad Ulrich, declare as follows:

1. I have been engaged by Plaintiff EVOX Productions, LLC as an expert witness in this matter. I am currently employed as a Computer Scientist at Quandary Peak Research, Inc. I submit this declaration in support of EVOX's Opposition to Kayak Software Corporation's Motion For Summary Judgment. I have personal knowledge of the facts stated herein and would and could testify competently thereto if called as a witness in this matter.

2. Attached hereto as Exhibit B is a true and correct copy of my expert report, entitled "Expert Report of Brad T. Ulrich." As set forth in more detail therein and in the accompanying CV, the content of my report is based in part on my more than 14 years of experience as a professional software engineer, and more specifically the sub-fields of digital images, websites, and mobile applications. In addition to my personal knowledge, my opinions are based on an independent examination of certain documents and materials produced in this matter, as well as other materials, sources, information, and documents as set forth in my report.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed December 15, 2016, at Nashville, TN.

_____
BRAD ULRICH

CALDWELL LESLIE & PROCTOR

4814-7399-0206

-1-

Case No. CV15-05053-PSG (AGR)

DECLARATION OF BRAD ULRICH IN SUPPORT OF EVOX PRODUCTIONS' OPPOSITION TO KAYAK SOFTWARE CORPORATION'S MOTION FOR SUMMARY JUDGMENT