# EXHIBIT B

# PROVISIONALLY LODGED UNDER SEAL